UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| QVC, INC. and QHEALTH, INC.,<br><br>    Plaintiffs,<br><br>vs.<br><br>YOUR VITAMINS, INC. d/b/a PROCAPS LABORATORIES and ANDREW LESSMAN,<br><br>    Defendants. | Case No: 8:10-mc-00027-VCM-TBM<br><br>District where action is pending:<br>    District of Delaware C.A. No. 10-094 (SLR) |

## NOTICE OF PENDENCY OF RELATED ACTIONS

TO:    THE COURT AND ALL PARTIES AND COUNSEL OF RECORD

PLEASE TAKE NOTICE that, pursuant to Rule 1.04(d) of the Local Rules of the Middle District of Florida, counsel for QVC, Inc. and QHealth, Inc. (collectively "QVC") are currently aware of the following pending case that is related to the present action:

*QVC, Inc., et al. v. Your Vitamins, Inc. et al.*, Case No. 8:10-mc-00029-SDM-TBM (the "Related Proceeding"), is a motion brought by QVC seeking to compel the compliance of HSN, LP ("HSN") with the subpoena duces tecum served on HSN by QVC (the "Subpoena") in connection with an action currently pending in the District of Delaware in which QVC is a party (the "Delaware Action"). Unaware that HSN had previously filed the instant proceeding seeking to quash the Subpoena, QVC initiated the Related Proceeding on March 31, 2010. Accordingly both actions are

related in that they involve a common question of fact.

Dated: March 31, 2010

Respectfully submitted,

/s/ Lauren L. Valiente
Lauren L. Valiente (FBN 034775)
FOLEY & LARDNER LLP
100 North Tampa Street, Suite 2700
Tampa, FL 33602-5804
(813) 225-5443
(813) 221-4210
lvaliente@foley.com
Attorneys for Quantum Foods, LLC

## Certificate of Service

I HEREBY CERTIFY that on **March 31, 2010**, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send notice of electronic filing to the following:

L. Joseph Shaheen, Jr.
AMERMAN SENTERFITT
Sun Trust Financial Centre, Suite 1700
401 E. Jackson Street
Tampa, Florida 33602-5250
Fax: (813) 223-2837
*Attorneys for HSN LP*

/s/ Lauren L. Valiente
Attorney